# UNITED STATES DISTRICT COURT
## District of Alaska

___FILED
___LODGED    MAIL
___RECEIVED

FEB 17 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY            DEPUTY

Marvel Hansbraugh, Clerk of Court

| | | |
|---|---|---|
| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |
| | | 907-586-7780 |

February 10, 2015

United States District Court
Western District of Washington
700 Stewart St, Suite 2310
Seattle, WA 98101

Re:  Bandir Jassim Al-Thani
     Our Case Number: 3:08-cr-00082-01-TMB
     Your Case Number: 2:15-cr-00011-RSL

Dear Clerk:

### Initial Transfer Out
_ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return the original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out
XX Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

### Transfer In
_ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **only** this defendant.

### Rule 40 Removal Proceedings
_ Enclosed please find certified copies of all documents and docket sheet from our court.

### Rule 20
_ Enclosed please find the original order transferring case to the District of and a certified copy of the docket sheet and certified copies of the entire file.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

MARVEL HANSBRAUGH, CLERK OF COURT

Pisa Suon, Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:08-cr-00082-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:15-CR-00011- RSL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bandir Jassim Al-Thani Seattle, Washington  RECEIVED FEB 09 2015 Clerk, U.S. District Court Anchorage, A.K. | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE Timothy M. Burgess | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM May 2, 2014 | TO May 1, 2019 |

OFFENSE

Drug Conspiracy and Criminal Forfeiture

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/20/15
*Date*

*(signature)*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb. 2, 2015
*Effective Date*

*(signature) S Lasnik*
*United States District Judge*

NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COUNT 1: |
|  | ) DRUG CONSPIRACY |
| vs. | ) Vio. of 21 U.S.C. §§ 846, 841(a)(1), |
|  | ) (b)(1)(B) and (C) |
| BANDIR "BEN" JASSIM AL-THANI, and KATHLEEN ERIN OWENS, | ) COUNT 2: |
|  | ) CRIMINAL FORFEITURE |
|  | ) Vio. of 21 U.S.C. §§ 853(a)(1) and |
| Defendants. | ) (a)(2) |

INDICTMENT

The Grand Jury charges that:

COUNT 1:

DRUG CONSPIRACY

Beginning on at least March 14, 2008, and continuing to at least on or about May

Certified to be a true and correct copy of original filed in my office.
Dated 2/10/15
Marvel Hansbraugh, Clerk of Court
By _____ Deputy

23, 2008, both dates being approximate and inclusive, within the District of Alaska and elsewhere, the defendants, BANDIR "BEN" AL-THANI and KATHLEEN ERIN OWENS, did knowingly, intentionally and unlawfully, combine, conspire, confederate, and agree with each other and with persons both known and unknown to the Grand Jury, to distribute, and possess with intent to distribute a controlled substance, to wit: 100 grams or more of a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of Title 21, United States Code, §§ 846, 841(b)(1)(B) and (C).

## COUNT 2:

### CRIMINAL FORFEITURE OF DRUG PROCEEDS AND FACILITATING PROPERTY

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendants BANDIR "BEN" AL-THANI and KATHLEEN ERIN OWENS shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, pursuant to 21 U.S.C. § 853(a)(1), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations, pursuant to 21 U.S.C. § 853(a)(2), including but not limited to:

2

A.  $12,610.00 IN UNITED STATES CURRENCY;

B.  1998 FORD EXPEDITION, EDDIE BAUER EDITION, green in color, Alaska license plate number DVF531, VIN 1FMFU18L8WLA08868; and

C.  1995 FORD MUSTANG, black in color, Alaska license plate number EFS279, VIN 1FALP45T0SF264179.

All of which is in violation of Title 21, United States Code, 853(a)(1) and (a)(2).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: aunnie.steward@usdoj.gov


s/ Nelson P. Cohen
NELSON P. COHEN
United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: nelson.cohen@usdoj.gov


DATE  7/23/08

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1



RECEIVED
NOV 18 2008
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of     Alaska

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number:    3:08-CR-00082-01-TMB |
| BANDIR JASSIM AL-THANI | USM Number:    15752-006 |
| | Michael Dieni |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    Count 1 of the Indictment.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841 (a)(1), (B)(1)(B) and (C) | Drug Conspiracy | 05/23/2008 | 1 |
| 21 U.S.C. §§ 853(a)(1) and (a)(2) | Criminal Forfeiture | N/A | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

NOVEMBER 14, 2008
Date of Imposition of Judgment

REDACTED SIGNATURE
Signature of Judge

Certified to be a true and correct copy
of original filed in my office.
Dated 2/10/15
Marvel Hansbraugh, Clerk of Court
By _____ Deputy

TIMOTHY M. BURGESS, U.S. DISTRICT JUDGE
Name and Title of Judge

11.14.08
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **84 Months.**

- **X** The court makes the following recommendations to the Bureau of Prisons:

  Court STRONGLY recommends that the defendant be evaluated and participate in the 500 hour Drug and Alcohol Treatment Program.
  Court recommends that the defendant serve his time at the facility located in Sheridan, Oregon.
  Court recommends that the defendant participate in a vocational training program.

- **X** The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:

  - ☐ a _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  - ☐ before 2 p.m. _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       BANDIR JASSIM AL-THANI
CASE NUMBER:     3:08-CR-00082-01-TMB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    5 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed __12__ tests per month as determined by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: BANDIR JASSIM AL-THANI
CASE NUMBER: 3:08-CR-00082-01-TMB

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the Bureau of Prisons prior to release of the probation officer.

2. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

3. The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a federal probation or pretrial services officer or other law enforcement officer, based upon a reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.

4. The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment program approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

5. The defendant shall provide the probation officer with access to any requested financial information, including authorization to conduct credit checks, and shall not incur any new debts or apply for credit without the prior approval of the probation officer.

6. The defendant shall not possess a firearm, destructive device, or other weapon.
////////////////////////////////////////////////////////////////////////////////

DEFENDANT:    BANDIR JASSIM AL-THANI
CASE NUMBER:   3:08-CR-00082-01-TMB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ 0 | $ 0 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:     BANDIR JASSIM AL-THANI
CASE NUMBER:   3:08-CR-00082-01-TMB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    X  in accordance    ☐ C,    ☐ D,    ☐ E, or    X  F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

Any unpaid amount of the special assessment is to be paid during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

X  The defendant shall forfeit the defendant's interest in the following property to the United States:
Defendant to forfeit the defendant's interest in the property to the United States as directed and as stated in the Forfeiture Order at Docket 43.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court
## District of Alaska (Anchorage)
### CRIMINAL DOCKET FOR CASE #: 3:08-cr-00082-TMB-1

Case title: USA v. Al-Thani et al

Date Filed: 07/23/2008
Date Terminated: 11/18/2008

Assigned to: Timothy M. Burgess

### Defendant (1)

**Bandar Jassim Al-Thani**
*TERMINATED: 11/18/2008*
*also known as*
Ben
*TERMINATED: 11/18/2008*

represented by **Michael D. Dieni**
Federal Public Defender's Agency
601 W. 5th Ave., Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: Mike_Dieni@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts

21:846, 841(a)(1), (b)(1)(B) and (C)
DRUG CONSPIRACY
(1)

21:853(a)(1) and (a)(2) CRIMINAL
FORFEITURE
(2)

### Disposition

Count 1: 84 months imprisonment, 5 years supervised release, $100.00 Special Assessment. Count 2: Defendant to forfeit the defendant's interest in the property to the United States as directed.

Count 1: 84 months imprisonment, 5 years supervised release, $100.00 Special Assessment. Count 2: Defendant to forfeit the defendant's interest in the property to the United States as directed.

### Highest Offense Level (Terminated)
Felony

### Complaints
None

### Disposition

### Plaintiff
USA

represented by **Andrea T. Steward**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
(907) 271-5071
Fax: 907-271-1500

Certified to be a true and correct copy of original filed in my office.
Dated 2/10/15
Marvel Hansbrough, Clerk of Court
By _____ Deputy

Email: aunnie.steward@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**James N. Barkeley**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-3699
Fax: 907-271-6011
Email: jim.barkeley@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2008 | 1 | INDICTMENT COVER SHEET(S) AND SIGNATURES as to Bandir Jassim Al-Thani (1) count(s) 1, 2, Kathleen Erin Owens (2) count(s) 1, 2. (Attachments: # 1 Criminal Cover Sheet re Defendant Al-Thani, # 2 Criminal Cover Sheet re Defendant Owens) (NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/23/2008 | 2 | INDICTMENT as to Bandir Jassim Al-Thani, Kathleen Erin Owens. (NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/23/2008 | 3 | NOTICE to the Court re: Judge Burgess by USA as to Bandir Jassim Al-Thani, Kathleen Erin Owens (NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/23/2008 | 4 | NOTICE to the Court re: MJ Smith by USA as to Bandir Jassim Al-Thani, Kathleen Erin Owens (NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/23/2008 | 5 | MOTION to Seal Case by USA as to Bandir Jassim Al-Thani, Kathleen Erin Owens. (Attachments: # 1 Proposed Order)(NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/23/2008 | 6 | DMS ORDER re 5 : IT IS ORDERED that this case be sealed pending further application by the United States. cc: USM, USPO(NKD, COURT STAFF) (Entered: 07/23/2008) |
| 07/28/2008 | 7 | MDJ ORDER as to Bandir Jassim Al-Thani re 2 Indictment; Arraignment on Indictment set for 7/29/2008 10:00 AM in Anchorage Courtroom 6 before Matthew D. Jamin. cc: USM, USPO (RMC, COURT STAFF) (Entered: 07/28/2008) |
| 07/28/2008 |  | Notice of Arrest of Bandir Jassim Al-Thani defendant arrested 7/28/08. (RMC, COURT STAFF) (Entered: 07/28/2008) |
| 07/29/2008 | 9 | MOTION to Unseal Case by USA as to Bandir Jassim Al-Thani, Kathleen Erin Owens. (Steward, Andrea) (Entered: 07/29/2008) |
| 07/29/2008 | 10 | Minute Entry for proceedings held before Judge Matthew D. Jamin:Arraignment on Indictment (Sealed Arraignment on Indictment) as to Bandar Jassim Al-Thani (1) Count 1,2 held on 7/29/2008. Defendant pled not guilty to counts 1 and 2 of the Indictment. Motions terminated as to Bandar Jassim Al-Thani: 9 MOTION to Unseal Case filed by USA; GRANTED. FPD appointed; Pretrial Motions due 08/13/2008; Defendant's Oral Motion to Amend Spelling of defendant's First Name; GRANTED. Court directs that the caption be modified to reflect the correct spelling of the defendant's name. Final Pretrial Conference set for 09/22/2008 at 8:30 AM in Anchorage Courtroom 1 before Timothy M. Burgess. Trial by Jury set for 09/29/2008 at 9:00 AM in Anchorage Courtroom 1 before Timothy M. Burgess. (Court Recorder SAL.) Government Counsel-Andrea Steward; Defense Counsel-Michael Dieni; USPO/PTS Officer-Paula McCormick. Defendant Present In Custody. CC: USM, USPO, FPD Clerk, JC (SAL, COURT STAFF) (Entered: 07/29/2008) |
| 07/29/2008 | 11 | CJA 23 Financial Affidavit by Bandar Jassim Al-Thani. (SAL, COURT STAFF) (Entered: 07/29/2008) |

| 07/29/2008 | 12 | ORDER OF DETENTION as to Bandar Jassim Al-Thani. Signed by Judge Matthew D. Jamin on 07/29/2008. CC: USM, USPO (SAL, COURT STAFF) (Entered: 07/29/2008) |
|---|---|---|
| 07/29/2008 | 15 | ORDER FOR PROGRESSION OF A CRIMINAL CASE as to Bandar Jassim Al-Thani. Motions due by 8/13/2008. Briefs, proposed voir dire questions and proposed jury instructions due by 9/22/2008. Final Pretrial Conference set for 9/22/2008 08:30 AM in Anchorage Courtroom 1 before Timothy M. Burgess. Jury Trial set for 9/29/2008 09:00 AM in Anchorage Courtroom 1 before Timothy M. Burgess. Signed by Judge Matthew D. Jamin on 07/29/2008. CC: USM, USPO, JC (SAL, COURT STAFF) Modified on 7/31/2008 to add "JC" to distribution (PRR, COURT STAFF). (Entered: 07/29/2008) |
| 07/30/2008 | 21 | Arrest Warrant Returned Executed on 7/28/08. in case as to Bandar Jassim Al-Thani. (CLW, COURT STAFF) (Entered: 07/30/2008) |
| 08/05/2008 | 23 | NOTICE *of Discovery Conference Certificate* by USA as to Bandar Jassim Al-Thani, Kathleen Erin Owens re 15 Order of Progression of a Criminal Case,, 20 Order of Progression of a Criminal Case,, (Steward, Andrea) (Entered: 08/05/2008) |
| 08/12/2008 | 25 | UNOPPOSED MOTION *For One-Week Extention to File Pretrial Motions Filed on Shortened Time* by Bandar Jassim Al-Thani. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 08/12/2008) |
| 08/13/2008 | 26 | DMS ORDER Granting in Part 25 Unopposed Motion for One Week Extension to File Pretrial Motions. It is hereby ordered that the deadline for defendants to file their pretrial motions shall be extended from 8/13/08 to 8/18/08; oppositions shall be filed by 8/22/08. Shortened deadlines are necessary due to the looming trial date in this matter. The parties are forewarned that the response time for any objections to the Initial Report &Recommendation will, by necessity, also be shortened. (ELH, COURT STAFF) (Entered: 08/13/2008) |
| 08/18/2008 | 27 | NOTICE OF INTENT TO CHANGE PLEA as to Bandar Jassim Al-Thani (Dieni, Michael) (Entered: 08/18/2008) |
| 08/19/2008 | 28 | TMB ORDER as to Bandar Jassim Al-Thani re 27 Notice of Intent to Change Plea. IT IS HEREBY ORDERED that a Change of Plea Hearing is set for 9/4/2008 at 08:30 AM in Anchorage Courtroom 1 before Judge Timothy M. Burgess. Final Pretrial and Trial Dates remain as previously set for both defendants Al-Thani and Owens until further order. cc: USM, USPO, JC (SRL, COURT STAFF) (Entered: 08/19/2008) |
| 09/04/2008 | 29 | Minute Entry for proceedings held before Judge Timothy M. Burgess:Change of Plea Hearing as to Bandar Jassim Al-Thani held on 9/4/2008.Defendant changed plea to guilty on count 1 and admitted count 2 of the Indictment. Sentencing Memo due by 11/7/2008. Imposition of Sentence set for 11/14/2008 02:30 PM in Anchorage Courtroom 1 before Timothy M. Burgess. Final Pre-Trial Conference previously set for 09/22/2008 at 8:30 a.m. and Trial By Jury previously set for 09/29/2008 at 9:00 a.m. are VACATED.NOTICE: No less than seven (7) days prior to the sentencing date, each party shall file a written sentencing memo pursuant to D.AK 32.1(d) and serve opposing counsel and the probation officer.(Court Recorder CGY/AMK.) Government Counsel-Stephan Collins; Defense Counsel-Michael D. Dieni; USPO/PTS Officer-Barbara Burton. Defendant Present In Custody. cc: USM, USPO, JC (CGY, COURT STAFF) (Entered: 09/04/2008) |
| 09/08/2008 | 31 | MOTION for Forfeiture of Property *Preliminary Order of Forfeiture* by USA as to Bandar Jassim Al-Thani. (Attachments: # 1 Proposed Order Preliminary Order of Forfeiture)(Barkeley, James) (Entered: 09/08/2008) |
| 09/19/2008 | 43 | ORDER GRANTING 31 Motion for Forfeiture of Property as to Bandar Jassim Al-Thani (1). Signed by Judge Timothy M. Burgess on 09/19/08. cc: USM (SRL, COURT STAFF) Modified on 9/22/2008 to add "USM" to distribution (PRR, COURT STAFF). (Entered: 09/19/2008) |
| 11/03/2008 | 48 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Bandar Jassim Al-Thani. (Attachments: # 1 PSR Packet)(Burton, Barbara) (Entered: 11/03/2008) |

| 11/06/2008 | 49 | UNOPPOSED MOTION *for Extension of Time to File Sentencing Memorandum, Filed on Shortened Time* by Bandar Jassim Al-Thani. (Attachments: #1 Proposed Order)(Dieni, Michael) (Entered: 11/06/2008) |
|---|---|---|
| 11/06/2008 | 50 | SUPPLEMENT TO PRESENTENCE INVESTIGATION REPORT (Sealed): re 48 Presentence Investigation Report as to Bandar Jassim Al-Thani (Burton, Barbara) (Entered: 11/06/2008) |
| 11/06/2008 | 51 | TMB ORDER GRANTING: 49 UNOPPOSED MOTION *for Extension of Time to File Sentencing Memorandum, Filed on Shortened Time* filed by Bandar Jassim Al-Thani. Accordingly, defendant's sentencing memorandum is now due by 11/10/2008. (CLW, COURT STAFF) (Entered: 11/06/2008) |
| 11/10/2008 | 52 | STATEMENT by USA as to Bandar Jassim Al-Thani, SENTENCING MEMORANDUM by USA as to Bandar Jassim Al-Thani (Steward, Andrea) (Entered: 11/10/2008) |
| 11/10/2008 | 53 | SENTENCING MEMORANDUM by Bandar Jassim Al-Thani (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)(Dieni, Michael) (Entered: 11/10/2008) |
| 11/12/2008 | 54 | NOTICE *Bill of Particulars for Forfeiture of Property* by USA as to Bandar Jassim Al-Thani, Kathleen Erin Owens (Barkeley, James) (Entered: 11/12/2008) |
| 11/12/2008 | 55 | SUPPLEMENT TO PRESENTENCE INVESTIGATION REPORT (Sealed): re 48 Presentence Investigation Report as to Bandar Jassim Al-Thani (Burton, Barbara) (Entered: 11/12/2008) |
| 11/12/2008 | 56 | NOTICE *of Filing Letters in Support of Defendant* by Bandar Jassim Al-Thani re 53 Sentencing Memorandum (Attachments: #1 Exhibit Baldwin Letter, #2 Exhibit Stephens Letter, #3 Exhibit Hatem Letter, #4 Exhibit Al-Shabaley Letter)(Dieni, Michael) (Entered: 11/12/2008) |
| 11/13/2008 | 57 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to Bandar Jassim Al-Thani, Kathleen Erin Owens (Barkeley, James) Modified on 11/14/2008 to add "supplemental." (PRR, COURT STAFF). (Entered: 11/13/2008) |
| 11/14/2008 | 58 | NOTICE *OF FILING EVIDENCE FOR SENTENCING HEARING* by USA as to Bandar Jassim Al-Thani (Attachments: #1 Exhibit A, #2 Exhibit b)(Steward, Andrea) (Entered: 11/14/2008) |
| 11/14/2008 | 59 | MOTION to Strike *Government's Late-Filed "Evidence" for Sentencing Hearing, Filed on Shortened Time* by Bandar Jassim Al-Thani. (Attachments: #1 Proposed Order)(Dieni, Michael) (Entered: 11/14/2008) |
| 11/14/2008 | 60 | Minute Entry for proceedings held before Judge Timothy M. Burgess: Sentencing held on 11/14/2008 for Bandar Jassim Al-Thani, Count 1: 84 months Imprisonment, 5 years supervised release, $100.00 Special Assessment. Count 2: Defendant to forfeit the defendant's interest in the property to the United States as directed. Motions terminated as to Bandar Jassim Al-Thani: 59 MOTION to Strike *Government's Late-Filed "Evidence" for Sentencing Hearing, Filed on Shortened Time* filed by Bandar Jassim Al-Thani DENIED. (Court Recorder CME.) Government Counsel-Andrea Steward; Defense Counsel-Michael Dieni; USPO/PTS Officer-Barbara Burton. Defendant Present In Custody. cc: USM, USPO. (CME, COURT STAFF) (Entered: 11/14/2008) |
| 11/17/2008 | 61 | MOTION for Forfeiture of Property *Amended Preliminary Order of Forfeiture* by USA as to Bandar Jassim Al-Thani. (Attachments: #1 Proposed Order Amended Preliminary Order of Forfeiture)(Barkeley, James) (Entered: 11/17/2008) |
| 11/18/2008 | 62 | JUDGMENT as to Bandar Jassim Al-Thani (1), Count 1: 84 months imprisonment, 5 years supervised release, $100.00 Special Assessment. Count 2: Defendant to forfeit the defendant's interest in the property to the United States as directed. Signed by Judge Timothy M. Burgess on 11/14/08. cc: USM, USPO, Finance. (PXS, COURT STAFF) (Entered: 11/18/2008) |
| 11/18/2008 | 63 | Sealed Statement of Reasons as to Bandar Jassim Al-Thani. cc: USM, USPO, Finance. (PXS, COURT STAFF) (Entered: 11/18/2008) |

| 12/05/2008 | 68 | AMENDED ORDER as to Bandar Jassim Al-Thani GRANTING 61 MOTION for AMENDED Preliminary Order of Forfeiture of Property. Signed by Judge Timothy M. Burgess on 12/5/8. cc: USM, USPO(SRL, COURT STAFF) Modified on 12/8/2008 to add "USM, USPO" to distribution (PRR, COURT STAFF). (Entered: 12/05/2008) |
|---|---|---|
| 12/17/2008 | 74 | PARTIAL TRANSCRIPT of Proceedings as to Bandar Jassim Al-Thani; Imposition of Sentence held on 11/14/2008 before Judge Timothy M. Burgess. Court Recorder: CME. This transcript was produced by LJK Secretarial 907-272-0181. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2009. Redacted Transcript Deadline set for 1/20/2009. Release of Transcript Restriction set for 3/17/2009. (SAL, COURT STAFF) (Entered: 12/17/2008) |
| 12/17/2008 | 75 | NOTICE OF FILING OFFICIAL TRANSCRIPT as to Bandar Jassim Al-Thani. Notice is hereby given that an official transcript of the Imposition of Sentence held on 11/14/2008 has been filed in this case. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the transcriber, LJK Secretarial by calling 907-272-0181 or view the document at the Clerk's Office public terminal. The ordering party will be telephonically notified, by the Clerk's Office, when the hard copy of the transcript is received and ready for pick up. (SAL, COURT STAFF) (Entered: 12/17/2008) |
| 05/27/2009 | 88 | MOTION for Forfeiture of Property *Final Decree of Forfeiture* by USA as to Bandar Jassim Al-Thani, Kathleen Erin Owens. (Attachments: # 1 Proposed Order (Final Decree of Forfeiture))(Barkeley, James) (Entered: 05/27/2009) |
| 05/27/2009 | 89 | AFFIDAVIT of *Counsel* by USA as to Bandar Jassim Al-Thani, Kathleen Erin Owens 88 MOTION for Forfeiture of Property filed by USA (Attachments: # 1 Exhibit 1)(Barkeley, James) (Entered: 05/27/2009) |
| 06/12/2009 | 91 | ORDER GRANTING 88 Motion for Forfeiture of Property as to Bandar Jassim Al-Thani (1) and Kathleen Erin Owens (2). Signed by Judge Timothy M. Burgess on 06/12/09. cc: USM, USPO (SRL, COURT STAFF) Modified on 6/12/2009 add reference to Kathleen Erin Owens (PRR, COURT STAFF). (Entered: 06/12/2009) |
| 09/04/2009 | 98 | NOTICE *TO DISCONTINUE ELECTRONIC SERVICE* by Kathleen Erin Owens as to Bandar Jassim Al-Thani, Kathleen Erin Owens (Cavanaugh, Randall) (Entered: 09/04/2009) |
| 02/09/2015 | 100 | Probation/Supervised Release Jurisdiction Transferred to Western District of Washington as to Bandar Jassim Al-Thani. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. cc: USM, USPO (PXS, COURT STAFF) (Entered: 02/10/2015) |