AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

**DEC 28 2015**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States of America
v.

BANDIR AL-THANI

Case No. CR15-0011 RSL

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay BANDIR AL-THANI, who is accused of an offense or violation based on the following document filed with the court:

_ Indictment       _ Superseding Indictment       ✓ Information       _ Superseding Information       _ Complaint
_ Probation Violation Petition       X_ Supervised Release Violation Petition       _ Violation Notice       _ Order of Court

This offense is briefly described as follows:
Violation of Conditions of Supervision.

Date: December 23, 2015

_____
*Issuing officer's signature*

City and state: Seattle, WA

*Tim Farrell, Deputy Clerk*
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/23/15 , and the person was arrested on *(date)* 12/28/15 at
*(city and state)* Seattle, WA .

Date: 12/28/15

_____
*Arresting officer's signature*
Sarah Milne Doran
*Printed name and title*