HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-011RSL |
| Plaintiff, | |
| v. | DEFENDANT'S DISPOSITION MEMORANDUM |
| BANDAR JASSIM AL-THANI, | |
| Defendant. | |

Defendant Bandar Jassim Al-Thani, by his attorney, Assistant Federal Public Defender Mohammad Ali Hamoudi, submits this disposition memorandum before his violation of supervised release hearing scheduled for April 27, 2017. On March 25, 2017, the United States Probation Office filed a Petition with the Court alleging that Mr. Al-Thani violated his supervision by failing to satisfactorily participate in the residential reentry center on or about March 27, 2017.

Supervision is not working for Mr. Al-Thani. He regrets he let himself down and, more important, let this Court down by failing on supervision a fourth time. He wants to let the Court know that he can get a job when he is on his own. Mr. Al-Thani is a successful worker when he puts his mind to it. Counsel believes that he needs to be on his own. He has not experienced the feeling of being on his own since his arrest on July 28, 2008, at Anchor Point, Alaska. The last ten years of his life have been spent wrapped up with courts and law enforcement. He wants to move on with his life.

DEFENDANT'S DISPOSITION MEMORANDUM - 1
(*Banda Jassim Al-Than*i; CR15-011RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  Mr. Al-Thani believes that his term of supervision should be terminated.  However, he
2  does not believe that he should serve ten months in custody for failing to satisfactorily
3  reside at the Residential Reentry Center ("RRC").  Ten months is too harsh a sentence.
4  Mr. Al-Thani will speak to the Court at his disposition hearing on April 27, 2017.
5  Counsel will make a sentencing recommendation on that date.
6      DATED this 24th day of April, 2017.

7                    Respectfully submitted,

8                    s/ *Mohammad Ali Hamoudi*
                     Assistant Federal Public Defender
9                    Attorney for Banda Jassim Al-Thani

DEFENDANT'S DISPOSITION MEMORANDUM - 2
(*Banda Jassim Al-Than*i; CR15-011RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 **CERTIFICATE OF SERVICE**

2  I certify that on April 24, 2017, I electronically filed the foregoing document
3 with the Clerk of the Court using the CM/ECF system, which will send notification of
4 filing to all registered parties.

5
6  s/ *Charlotte Ponikvar*
   Paralegal
   Office of the Federal Public Defender

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT'S DISPOSITION MEMORANDUM - 3
(*Banda Jassim Al-Than*i; CR15-011RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**